IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAGO ALBERTO (NICOLE)
GARCIA AGUILAR,

    Petitioner,

v.                                         Civ. No. 19-337 WJ/GBW

KIRSTJEN NIELSEN,
*in her official capacity as Secretary of the*
*U.S. Department of Homeland Security*, *et al.*,

    Respondents.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon a review of the record. On June 6, 2019, the Court entered an Order Granting Reinstatement of Habeas Petition and Setting Briefing Schedule. *See doc. 10*. In that order, the Court permitted Petitioner until June 14, 2019 to file an Amended Petition. *See id.* at 1. The Court also ordered that "[w]hether or not Petitioner files an amended petition, Respondents shall file their answer no later than July 3, 2019." *See id.* at 1–2. That deadline has passed and no answer, other response, or request for extension has been filed.

The Court has the inherent power to sanction parties for litigation activities undertaken in bad faith in order to "maintain[ ] the authority and dignity of the court." *Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 764 (1980) (citation and quotation omitted).

Moreover, the Court may assess sanctions under its inherent power where an attorney willfully disobeys a court order. *Chambers v. NASCO, Inc.,* 501 U.S. 32, 45 (1991).

IT IS THEREFORE ORDERED that Respondents shall show cause in writing why the Court should not assess sanctions against them or their counsel for the failure to comply with the Court's Order. Such written response is due no later than **July 12, 2019**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE